RECEIVED
JUL 22 2016
AT 8:30_____M
WILLIAM T. WALSH
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| STELLA S. BENJAMIN, individually and as Administratrix of the Estate of CORNELIUS M. BENJAMIN,<br><br>Plaintiff,<br><br>v.<br><br>JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON, CO., and MITSUBISHI TANABE PHARMA CORP.,<br><br>Defendants. | CIVIL ACTION NO. 3:16-cv-01786-MAS-LHG<br><br>CIVIL ACTION<br><br>**CONSENT ORDER**<br><br>(Document Filed Electronically) |

**THIS MATTER** having been brought before the Court by Seeger Weiss, LLP, attorneys for the above-captioned Plaintiff, with the consent of Michael C. Zogby, attorney for Defendants Janssen Pharmaceuticals, Inc. and Johnson & Johnson ("Defendants"), for the entry of an Order extending time in which Plaintiff may oppose to Defendants' Motion to Dismiss (ECF No. 10-1),

**IT IS** on this 22nd day of July, 2016,

**ORDERED** that Plaintiff's time to answer, move, or otherwise reply to Defendants' Motion to Dismiss is hereby extended through and including **August 15, 2016**, the deadline for Defendants' reply shall be on or before **August 29, 2016**, and the return date shall be adjourned to **September 6, 2016**.

_____
Hon. Michael Shipp, U.S.D.J.

We consent to the form, substance and entry of this order:

| | |
|---|---|
| DRINKER BIDDLE & REATH LLP | SEEGER WEISS LLP |
| *Attorneys for Defendants* | *Attorneys for Plaintiff* |
| By: /s/ *Michael C. Zogby* | By: /s/ *Christopher A. Seeger* |
|     Michael C. Zogby |     Christopher A. Seeger |
| |     David R. Buchanan |
| |     Jeffery S. Grand |
| |     Daniel R. Leathers |
| Dated: July 21, 2016 | Dated: July 21, 2016 |